FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ELIZABETH A. HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com

*Attorneys for Defendant*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PRINCESS JOHNSON, an individual.

Plaintiff,

vs.

DESIMONE GAMING, INC. dba ATWELL SUITES HENDERSON AT THE PASS, a Nevada Corporation; ATLAS GAMING GROUP dba ATWELL SUITES HENDERSON AT THE PASS, A Nevada corporation.

Defendants.

Case No.: 2:26-cv-03391-CDS-EJY

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

**(FIRST REQUEST)**

Plaintiff Princess Johnson, ("Plaintiff"), by and through her counsel Greenberg Gross LLP., and Defendant Desimone Gaming Inc., dba Atwell Suites Henderson At The Pass, and Atlas Gaming Group dba Atwell Suites Henderson At The Pass, by and through its counsel Fisher & Phillips, LLP, hereby stipulate and agree that Defendant will have up to and including December 14, 2026, to file its Answer or otherwise respond to Plaintiff's Complaint for Damages ("Complaint"). Defendants' counsel was just retained and needs additional time to gather facts to respond to Plaintiff's Complaint.

/ /

Accordingly, this stipulation is sought in good faith and not for the purpose of delay. This is the first request for an extension of this deadline.

Dated this 10th day of November 2026.

GREENBERG GROSS LLP

*/s/ Marian L. Massey*
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

FISHER & PHILLIPS, LLP

*/s/ Elizabeth A. Hanson*
Mark J. Ricciardi, Esq.
Elizabeth A. Hanson, Esq.
300 South 4th Street
Suite 1500
Las Vegas Nevada 89101
*Attorneys for Defendants*

**IT IS SO ORDERED:**

U.S. MAGISTRATE JUDGE

November 10, 2026
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101